DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC WATKINS,**
Appellant,

v.

**RANDY AZAEL,**
Appellee.

No. 4D22-437

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE20000167.

Eric Watkins, Sunrise, pro se.

Alexis Fields and Benjamin Muschel of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***